O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>P. HORN, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-CV-02964-DDP-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NOS. 5, 7, 8] |

　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 4, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

　　IT IS HEREBY ORDERED:

　　1.　　This Court takes judicial notice of plaintiff's pertinent litigation history that is set out in the Report and Recommendation;

　　2.　　The Complaint is dismissed with leave to amend;

　　3.　　Plaintiff's Motion for Preliminary Relief (including its request to seal) (Docket No. 5), Motion to Amend Complaint (Docket No. 7), and

Supplemental Motion for Relief (Docket No. 8) (as defined in the Report and Recommendation) are denied without prejudice;

    4.    Within twenty (20) days, plaintiff shall file a response demonstrating that he qualifies for the "imminent danger" exception under 28 U.S.C. § 1915(g) or otherwise showing why his in forma pauperis (IFP) status should not be revoked under Section 1915(g);

    5.    Within twenty (20) days, plaintiff shall also do one of the following:

    a.    file a First Amended Complaint which cures the pleading defects described in the Report and Recommendation;[1] or

    b.    sign and file a Notice of Dismissal voluntarily dismissing this action without prejudice; or

    c.    file a Notice of Intent to Stand on Complaint, indicating plaintiff's intent to stand on the original Complaint despite the pleading defects described in the Report and Recommendation, which may result in the dismissal of this action in its entirety based upon such defects; and

    6.    Plaintiff is cautioned that his failure to timely comply with this Order may be deemed plaintiff's admission that it would be futile to attempt to

---

[1] The Clerk is directed to provide plaintiff with a Central District of California Civil Rights Complaint Form, CV-66, to facilitate plaintiff's filing of a First Amended Complaint if he elects to proceed in that fashion. Plaintiff is advised any First Amended Complaint must: (a) be labeled "First Amended Complaint"; (b) be complete in and of itself and not refer in any manner to the original Complaint – *i.e.*, it must include all claims on which plaintiff seeks to proceed (Local Rule 15-2); (c) contain a "short and plain" statement of each of the claim(s) for relief (Fed. R. Civ. P. 8(a)); (d) make each allegation "simple, concise and direct" (Fed. R. Civ. P. 8(d)(1)); (e) set forth clearly the sequence of events giving rise to the claim(s) in sequentially "numbered paragraphs, each limited as far as practicable to a single set of circumstances" (Fed. R. Civ. P. 10(b)); (f) allege specifically what the defendant did and how that individual's conduct specifically violated plaintiff's civil rights; (g) state the names of all defendants in the caption and not include in the body of the First Amended Complaint defendants who are not also named in the caption (Fed. R. Civ. P. 10(a)); (h) be signed by plaintiff who is proceeding *pro se* (Fed. R. Civ. P. 11; Local Rule 11-1); and (i) not add defendants or claims that are not reasonably related to the claim asserted in the original Complaint.

demonstrate that he qualifies for the "imminent danger" exception under Section 1915(g) or that his IFP status should not be revoked under Section 1915(g) and/or to attempt to amend the Complaint, and may result in the dismissal of this action with or without prejudice on the grounds set forth in the Report and Recommendation, on the ground that amendment is futile, for failure diligently to prosecute and/or for failure to comply with this Order.

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and any counsel for defendants.

      IT IS SO ORDERED

DATED: August 26, 2024

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE