UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR., <br><br>                 Plaintiff, <br><br>          v. <br><br> D. PIXELY, et al., <br><br>                 Defendants. | Case No. 2:23-cv-02964-PA-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE <br><br> [DOCKET NOS. 17, 20, 22, 23] |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the May 29, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  This Court agrees with, accepts, approves and adopts the Report and Recommendation and the findings therein.

    Accordingly, this Court revokes Plaintiff's right to proceed in forma pauperis/without prepayment of the filing fee, denies Plaintiff's Pending Motions (as defined in the Report and Recommendation – Docket Nos. 17, 20, 23),

///

///

dismisses the operative First Amended Complaint (Docket No. 22) without further leave to amend, and directs the Clerk to enter Judgment accordingly.

IT IS SO ORDERED.

DATED: July 23, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE