**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR., | Case No. 2:23-cv-02964-PA-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| D. PIXELY, et al., | |
| Defendants. | |

Pursuant to this Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, Judgment shall be entered in this action dismissing the operative First Amended Complaint without leave to amend.

IT IS SO ADJUDGED.

DATED: July 23, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE